1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
3  KARA A. ABELSON, State Bar No. 279320
   kabelson@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
6  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699

7
   Attorneys for Defendant
8  NATIONAL RAILROAD PASSENGER
   CORPORATION (AMTRAK)
9

10
              UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
11
                                    SACRAMENTO DIVISION
12

13
   MARILYN MOUTON,                              Case No.  2:12-CV-02338-TLN-EFB
14
                  Plaintiff,                    **STIPULATION AND ORDER TO EXTEND
15                                              DEADLINE FOR INITIAL EXPERT
           v.                                   DISCLOSURES AND REBUTTAL
16                                              EXPERT DISCLOSURES**
   AMTRAK,
17 and DOES 1 through 30, INCLUSIVE,

18                Defendants.

19

20     The parties to this action, by and through their respective counsel, hereby stipulate to

21 extend the deadline for initial expert disclosures and rebuttal expert witness disclosures.  The

22 parties request that the deadline for initial expert disclosure be extended from April 23, 2013 to

23 June 24, 2013 and that deadline for rebuttal expert disclosures be extended from May 23, 2013 to

24 July 23, 2013.  This stipulation shall not affect the pre-trial conference and trial dates.

25     Good cause exists for the requested extensions to the deadline for initial expert disclosures

26 and rebuttal expert disclosures because the parties are engaging in settlement discussions and

27 hope that this matter can be settled before expert discovery commences.  Further, if the matter

28
                                        - 1 -
                                                        Case No.  2:12-CV-02338-TLN-EFB
   **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

does not settle, the parties require additional time to subpoena medical records and engage in written discovery before retaining experts.

Dated: April 17, 2013                                    HODSON & MULLIN

                                                        By:   /s/ *Samuel C. Mullin III*
                                                            SAMUEL C. MULLIN III
                                                            Attorney for Plaintiff,
                                                            Marilyn Mouton

Dated: April 17, 2013                                    LOMBARDI, LOPER & CONANT, LLP

                                                        By:   /s/ *Kara Abelson*
                                                            KARA ABELSON
                                                           Attorney for Defendant,
                                                           NATIONAL RAILROAD PASSENGER CORPORATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

- 2 -
Case No.  2:12-CV-02338-TLN-EFB
**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

# **ORDER**

The Stipulation to Extend the Deadline for Initial Expert Disclosures and Rebuttal Expert Disclosures having been presented to the Court, and good cause appearing therefore, it is hereby ordered as follows:

1. The deadline for initial expert disclosure shall be extended from April 23, 2013 to June 24, 2013

2. The deadline for rebuttal expert disclosures shall be extended from May 23, 2013 to July 23, 2013.

IT IS SO ORDERED.

DATED: April 23, 2013

_____
Troy L. Nunley
United States District Judge