B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARILYN MOUTON,<br><br>        Plaintiff,<br><br>  v.<br><br>AMTRAK,<br>and DOES 1 through 30, INCLUSIVE,<br><br>        Defendants. | Case No.  2:12-CV-02338-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR INITIAL EXPERT DISCLOSURES AND REBUTTAL EXPERT DISCLOSURES** |

The parties to this action, by and through their respective counsel, hereby stipulate to extend the deadline for initial expert disclosures and rebuttal expert witness disclosures.  The parties request that the deadline for initial expert disclosure be extended from April 23, 2013 to June 24, 2013 and that deadline for rebuttal expert disclosures be extended from May 23, 2013 to July 23, 2013.  This stipulation shall not affect the pre-trial conference and trial dates.

Good cause exists for the requested extensions to the deadline for initial expert disclosures and rebuttal expert disclosures because the parties are engaging in settlement discussions and hope that this matter can be settled before expert discovery commences.  Further, if the matter

- 1 -
Case No.  2:12-CV-02338-TLN-EFB
**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

does not settle, the parties require additional time to subpoena medical records and engage in written discovery before retaining experts.

Dated: April 17, 2013                                HODSON & MULLIN

                                                    By:    /s/ *Samuel C. Mullin III*
                                                           SAMUEL C. MULLIN III
                                                           Attorney for Plaintiff,
                                                           Marilyn Mouton

Dated: April 17, 2013                                LOMBARDI, LOPER & CONANT, LLP


                                                    By:    /s/ *Kara Abelson*
                                                           KARA ABELSON
                                                           Attorney for Defendant,
                                                           NATIONAL RAILROAD PASSENGER
                                                           CORPORATION

- 2 -

Case No. 2:12-CV-02338-TLN-EFB

**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

# ORDER

The Stipulation to Extend the Deadline for Initial Expert Disclosures and Rebuttal Expert Disclosures having been presented to the Court, and good cause appearing therefore, it is hereby ordered as follows:

1. The deadline for initial expert disclosure shall be extended from April 23, 2013 to June 24, 2013

2. The deadline for rebuttal expert disclosures shall be extended from May 23, 2013 to July 23, 2013.

IT IS SO ORDERED.

DATED: April 23, 2013

_____
Troy L. Nunley
United States District Judge